# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS TOWNSHIP CONSTABLES OFFICE, et al.,<br><br>    Defendants. | 2:12-cv-01922-JCM-VCF<br><br>**ORDER RESCHEDULING A SETTLEMENT CONFERENCE** |

Due to a conflict on the Court's calendar,

IT IS HEREBY ORDERED that the settlement conference scheduled for June 25, 2013 is VACATED and rescheduled for July 23, 2013 at 10:00 a.m. The confidential statement is due on or before July 16, 2013 at 4:00 p.m. All else as stated in Order (#30) remains unchanged.

DATED this 8th day of May, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE