**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LAS VEGAS TOWNSHIP CONSTABLES OFFICE, et al.,<br><br>            Defendants. | 2:12-cv-01922-JCM-VCF<br><br>**MINUTE ORDER**<br><br>[Defendants Las Vegas Township Constable's Office and John Bonaventura's Motion to Correct Minutes of Proceedings (#63)] |

      Before the Court is Defendants Las Vegas Township Constable's Office and John Bonaventura's Sealed Motion to Correct Minutes of Proceedings. (#63).

      In reviewing the instant motion, the Defendants did not seek leave to file the motion under seal. Pursuant to Local Rule 10-5(b), "[u]nless otherwise permitted by statue, rule or prior Court order, papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures.  If papers are filed under seal pursuant to prior Court order, the papers shall bear the following notation on the first page, directly under the case number: "FILED UNDER SEAL PURSUANT TO COURT ORDER DATED ___.  All papers filed under seal will remain sealed until such time as the Court may deny the motion to seal or enter an order to unseal them, or the documents are unsealed pursuant to Local Rule." Defendants failed to comply with this rule.

      According to LR 10-5(c), [t[he Court may direct the unsealing of papers filed under seal, with or without redactions, within the Court's discretion, after notice to all parties and an opportunity for them to be heard."  The Court will provide Defendants an opportunity to discuss, during a hearing, why it is

appropriate to keep the instant motion sealed. The hearing will initially be sealed but may be unsealed during the course of the hearing, pending the Court's determination on Defendants' argument.

IT IS HEREBY ORDERED:

1. A sealed hearing on Defendants Las Vegas Township Constable's Office and John Bonaventura's Motion to Correct Minutes of Proceedings (#63) is scheduled for 1:00 p.m., July 30, 2013, in Courtroom 3D.

2. Defendant John Bonaventura, Mr. Robert B. Pool, and Mr. James Kimsey must attend the hearing.

3. Defendants must bring five (5) copies of the "[r]ecorded photographic evidence from two sources indicates otherwise as the Magistrate Judge had left and no one was present." *Id.* at 3.

DATED this 26th day of July, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE