Amy M. Samberg, Esq.
Nevada Bar No. 10212
Justin Hepworth, Esq.
Nevada Bar No. 10080
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Fax (702) 784-5252
asamberg@swlaw.com
jhepworth@swlaw.com

*Attorneys for Plaintiff Travelers Property Casualty Co. America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign company;<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS TOWNSHIP CONSTABLES OFFICE, a public entity; JOHN BONAVENTURA, individually and in his capacity as Las Vegas Township Constable; DANIEL F. PALAZZO, an individual; TIMOTHY MICHAEL BECKETT, an individual; and CLARK COUNTY, NEVADA,<br><br>Defendants. | CASE NO. 2:12-cv-01922-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Travelers Property Casualty Company of America ("Travelers") and Defendants Las Vegas Township Constables Office, John Bonaventura (individually and in his capacity as Las Vegas Township Constable), Daniel F. Palazzo, Timothy Michael Beckett and Clark County, Nevada (collectively "Defendants"), by and through their respective counsel, stipulate that all of

/ / /

/ / /

Travelers' claims against Defendants are dismissed with prejudice. Each party shall bear its own costs and attorney fees.

DATED: Dec. 18, 2013

**SNELL & WILMER, L.L.P.**

By: /s/ Justin S. Hepworth
    JUSTIN S. HEPWORTH, ESQ.
    State Bar No. 10080
    3883 Howard Hughes Pkwy., Suite 1100
    Las Vegas, NV 89169
    *Attorney for Plaintiff Travelers Property*
    *Casualty Company of America*

DATED: Dec. 18, 2013

**STEVEN B. WOLFSON**
**DISTRICT ATTORNEY**

By: /s/ Robert J. Gower
    STEPHANIE A. BARKER
    Chief Deputy District Attorney
    State Bar No. 3176
    ROBERT J. GOWER
    Deputy District Attorney
    500 South Grand Central Parkway
    P.O. Box 552215
    Las Vegas, Nevada 89155-2215
    *Attorneys for Defendants Clark*
    *County, Nevada, and Las Vegas*
    *Township Constables Office*

DATED: Dec. 18, 2013

**ROBERT B. POOL, ESQ.**

By: /s/ Robert B. Pool
    ROBERT B. POOL, ESQ.
    State Bar No. 4723
    330 South Third Street, Suite 990
    Las Vegas, NV 89101
    *Attorney for Defendant John Bonaventura,*
    *individually and in his capacity as*
    *Las Vegas Township Constable*

DATED: Dec. 18, 2013

**PALAZZO LAW FIRM**

By: /s/ T. Louis Palazzo
    T. LOUIS PALAZZO, ESQ.
    State Bar No. 4128
    520 South Fourth St., 2nd Floor
    Las Vegas, Nevada 89101

    ALLEN LICHTENSTEIN, ESQ.
    State Bar No. 3992
    3315 Russell Road, No. 222
    Las Vegas, Nevada 89120
    *Attorneys for Claimants Daniel F.*
    *Palazzo and Timothy Michael Beckett*

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of December, 2013.

UNITED STATES DISTRICT COURT JUDGE